NO. 07-11-0335-CR
 
 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 SEPTEMBER 14, 2011
 ______________________________

 JOHN ANTHONY ARSOLA,

Appellant

 v.

 THE STATE OF TEXAS,

Appellee
 _______________________________

 FROM THE 108th DISTRICT COURT OF POTTER COUNTY;

 NO. 62241-E; HON. DOUGLAS R. WOODBURN, PRESIDING
 _______________________________

 ORDER OF DISMISSAL
 _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
 Appellant John Anthony Arsola appeals his conviction for aggravated kidnapping, enhanced. Appellant, his attorney, and the trial court judge signed a waiver of right to appeal that states that this "is a plea-bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right of appeal." This circumstance was brought to the attention of appellant and opportunity was granted him to obtain an amended certification entitling him to appeal. No such certification was received within the time we allotted. Having received no amended certification, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.